# EXHIBIT B

# Application of U.S. Patent No. 10,245,744 to Harbor Freight's Oscillating Tool Attachments*

* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.

**Claim 17**

**An accessory for use with an oscillating power tool, the accessory comprising:**

**Harbor Freight makes, uses, imports, sells, and/or offers for sale attachments for oscillating tools, including those identified at https://www.harborfreight.com/search?q=oscillating%20tool%20blades, that infringe the claims of U.S. Patent No. 10,245,744 (the "Accused Devices"). The Accused Devices are "an accessory for use with an oscillating power tool."**




**SPECIFICATIONS**

| | | | |
|---|---|---|---|
| SKU(s) | 56490 | Application | Offset cutting edge for flush cutting |
| Brand | Hercules | Blade width (in.) | 1-3/8 in. |
| Model | HA211-6 | Compatible with | Hercules®, Bauer™, Chicago Electric®, BOSCH, DEWALT, DREMEL, FEIN, ROCKWELL, PORTER CABLE, RIGID |
| Depth of cut (in.) | 1.5 in. | Material | Bi-metal |
| Speed (max) | 18,000 OPM | Product Weight | 0.275 lb. |
| Shipping Weight | 0.10 lb. | CA Residents | Warning - Prop 65 Info ▸ |

**Source:** https://www.harborfreight.com/1-38-in-Bi-Metal-PlungeFlush-Cutting-Multi-Tool-Blade-56490.html

| Claim 17 | |
|---|---|
| a body having a functional portion for performing work and an attachment portion for mounting the accessory to the oscillating power tool; | The Accused Devices include a body having a functional portion (e.g., the teeth on the end of the blade) for performing work and an attachment portion for mounting the accessory to the oscillating power tool.   |

| Claim 17 | |
|---|---|
| an arbor defined at the attachment portion of the body, the arbor being configured to matingly engage attachment elements of a drive flange of the oscillating power tool, the arbor comprising a plurality of openings including: | **The Accused Devices include an arbor defined at the attachment portion of the body, the arbor being configured to matingly engage attachment elements of a drive flange of the oscillating power tool, the arbor comprising a plurality of openings.**   |

| Claim 17 | |
|---|---|
| an arbor defined at the attachment portion of the body, the arbor being configured to matingly engage attachment elements of a drive flange of the oscillating power tool, the arbor comprising a plurality of openings including: | **The Accused Devices are configured to connect to the drive flange of an oscillating power tool, such as the compatible devices listed below.** |

**SPECIFICATIONS**

| | | | |
|---|---|---|---|
| SKU(s) | 56490 | Application | Offset cutting edge for flush cutting |
| Brand | Hercules | Blade width (in.) | 1-3/8 in. |
| Model | HA211-6 | Compatible with | Hercules®, Bauer™, Chicago Electric®, BOSCH, DEWALT, DREMEL, FEIN, ROCKWELL, PORTER CABLE, RIGID |
| Depth of cut (in.) | 1.5 in. | Material | Bi-metal |
| Speed (max) | 18,000 OPM | Product Weight | 0.275 lb. |
| Shipping Weight | 0.10 lb. | CA Residents | Warning - Prop 65 Info ▸ |

**Source:** https://www.harborfreight.com/1-38-in-Bi-Metal-PlungeFlush-Cutting-Multi-Tool-Blade-56490.html

| Claim 17 | |
|---|---|
| an arbor defined at the attachment portion of the body, the arbor being configured to matingly engage attachment elements of a drive flange of the oscillating power tool, the arbor comprising a plurality of openings including: | The Accused Devices include an arbor defined at the attachment portion of the body, the arbor being configured to matingly engage attachment elements of a drive flange of the oscillating power tool, the arbor comprising a plurality of openings.<br> |

| Claim 17 | |
|---|---|
| a primary opening comprising: | **The plurality of openings on the Accused Devices include a primary opening.**<br><br> |

| Claim 17 | |
|---|---|
| a central opening defining a central axis of the arbor; | **The primary opening on the Accused Devices comprises a central opening defining a central axis of the arbor**   |

| Claim 17 | |
|---|---|
| a first elongated opening conjoined with the central opening and extending radially from the central axis along a first radial axis; | The primary opening on the Accused Devices oscillating tool blades comprises a first elongated opening.<br> |

| Claim 17 | |
|---|---|
| a first elongated opening conjoined with the central opening and extending radially from the central axis along a first radial axis; | The first elongated opening is conjoined with the central opening.<br> |

| Claim 17 | |
|---|---|
| a first elongated opening conjoined with the central opening and extending radially from the central axis along a first radial axis; | The first elongated opening is conjoined with the central opening.<br> |

| Claim 17 | |
|---|---|
| a second elongated opening conjoined with the central opening and extending radially from the central axis along a second radial axis, wherein said second radial axis is substantially orthogonal to said first radial axis; | **The primary opening on the Accused Devices oscillating tool blades comprises a second elongated opening**   |

| Claim 17 | |
|---|---|
| a second elongated opening conjoined with the central opening and extending radially from the central axis along a second radial axis, wherein said second radial axis is substantially orthogonal to said first radial axis; | The second elongated opening is conjoined with the central opening.<br><br> |

| Claim 17 | |
|---|---|
| a second elongated opening conjoined with the central opening and extending radially from the central axis along a second radial axis, wherein said second radial axis is substantially orthogonal to said first radial axis; | The second elongated opening extends radially from the central axis along a second radial axis.   |

<table>
<tr><th>Claim 17</th><th></th></tr>
<tr><td>a second elongated opening conjoined with the central opening and extending radially from the central axis along a second radial axis, wherein said second radial axis is substantially orthogonal to said first radial axis;</td><td>The second radial axis is substantially orthogonal to the first radial axis.



</td></tr>
</table>

| Claim 17 | |
|---|---|
| wherein the first elongated opening and the second elongated opening each extend radially to a first specific radial distance measured from the central axis of the arbor; and | **The first and second elongated openings extend radially to a first radial distance from the central axis.**  |

| Claim 17 | |
|---|---|
| a set of secondary openings disjoined from said primary opening and positioned radially about the central axis along respective radial axes distinct from said first and second radial axes, the secondary openings in the set of secondary openings extending to a second specific radial distance measured from the central axis of the arbor wherein the second specific radial distance to which the secondary openings extend is the same as the first specific radial distance to which the first and second elongated openings extend. | **The plurality of openings on the Accused Devices include a set of secondary openings disjoined from said primary opening and positioned radially about the central axis along respective radial axes distinct from said first and second radial axes.** |



| Claim 17 | |
|---|---|
| a set of secondary openings disjoined from said primary opening and positioned radially about the central axis along respective radial axes distinct from said first and second radial axes, the secondary openings in the set of secondary openings extending to a second specific radial distance measured from the central axis of the arbor wherein the second specific radial distance to which the secondary openings extend is the same as the first specific radial distance to which the first and second elongated openings extend. | **The secondary openings extend to a second specific radial distance from the central axis.**  |

| Claim 17 | |
|---|---|
| a set of secondary openings disjoined from said primary opening and positioned radially about the central axis along respective radial axes distinct from said first and second radial axes, the secondary openings in the set of secondary openings extending to a second specific radial distance measured from the central axis of the arbor wherein the second specific radial distance to which the secondary openings extend is the same as the first specific radial distance to which the first and second elongated openings extend. | **The second radial distance is the same as first radial distance to which the first and second elongated openings extend.** |

